IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 11-10033 |
| | ) | |
| JAMES BOYD, | ) | VIO: Title 18, United States Code, |
| | ) | Section 1343 and Title 26, United |
| | ) | States Code, Section 7201 |
| | ) | |
| Defendant. | ) | |

INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1
(Wire Fraud)

Introduction

1. At times material to this Information:

    a. the Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury, responsible for administering and enforcing the tax laws of the United States.

    b. The Internal Revenue Code established laws for the taxation of income. Under these laws, individuals, sole proprietorships, partnerships, and corporations were required to report income to the IRS on income tax returns.

    c. Under the Internal Revenue Code, individuals and entities were

allowed to reduce taxable income through the use of certain deductions.

d. JAMES BOYD was a Certified Public Accountant (CPA) who maintained an office in Peoria Heights, IL.

e. Starting in approximately 1998, JAMES BOYD served as the accountant for certain corporations, including St. John's Corporation, a corporation identified herein as CTR Corporation, and a corporation identified herein as CRL (collectively hereafter referred to as "the corporations").

## Scheme to Defraud

2. Beginning in or about 2000 and continuing to in or about 2009, at Peoria Heights, in the Central District of Illinois and elsewhere,

**JAMES BOYD,**

defendant herein, knowingly devised and participated in a scheme and artifice to defraud C.R., L.R. and others and to obtain money and property therefrom, by means of materially false and fraudulent pretenses, representations, and promises, knowing that such pretenses, representations, and promises were false and fraudulent when made, which scheme is described in substance in the following paragraphs.

3. It was a part of the scheme and artifice to defraud that the defendant exercised custody and control of the corporations' financial records and caused bank statements for the corporations to be sent to his business address.

4. It was further a part of the scheme that the defendant, who had signature authority on the corporations' accounts, wrote unauthorized checks to himself from the corporate accounts and thereafter caused the checks to be deposited into the defendant's personal bank account and thereafter used for his own use and benefit.

5. It was further a part of the scheme that the defendant paid personal credit card bills out of the corporations' accounts.

6. It was further a part of the scheme that, to conceal the embezzlement, the defendant made false entries in the books and records of the corporations, falsely representing that the checks issued to himself were owner distributions.

7. It was further a part of the scheme that the defendant prepared ledgers for the corporations which contained false information and provided those ledgers to an accounting firm for use in preparing the personal tax returns for C.R. and L.R.

8. As a result of the defendant's scheme and artifice to defraud, JAMES BOYD defrauded C.R., L.R., the corporations, and others of approximately $850,000.00.

### Wire Communication

9. On or about July 19, 2006, at Peoria Heights, in the Central District of Illinois and elsewhere,

JAMES BOYD,

defendant herein, for the purpose of executing and attempting to execute, the scheme and artifice to defraud, and to obtain money by means of materially false and fraudulent pretenses, representations, and promises, did transmit and cause to be transmitted by means of wire communications in interstate and foreign commerce, certain writings, signs, signals, sounds, and images, in that he caused the wire transfer of funds in the amount of $6,581.70 from the St. John's Corporation account at Heritage Bank of Central Illinois to American Express in Dallas, Texas;

In violation of Title 18, United States Code, Section 1343.

## COUNT 2
### (Tax Evasion)

During the calendar year 2004,

JAMES BOYD,

defendant herein, a resident of Peoria Heights, Illinois, in the Central District of Illinois, had and received taxable income in the sum of $152,042.00. Upon that taxable income, there was due and owing to the United States of America an income tax of $32,156.00.

Well knowing and believing the foregoing facts, and failing to make an income tax return on or before April 15, 2005 [handwritten, initialed MMM], as required by law, to any proper officer of the Internal Revenue Service, and pay to the Internal Revenue Service

the income tax,

## JAMES BOYD,

on or about April 15, 2005, in the Central District of Illinois, did willfully attempt to evade and defeat the income tax due and owing by him to the United States of America for the calendar year 2004 by:

(1) concealing and attempting to conceal from all proper officers of the United States of America his true and correct income;

(2) falsely reflecting in his clients' books and records that the embezzled money represented "shareholder distributions;"

(3) failing to pay to the IRS the income tax which was due and owing.

In violation of Title 26, United States Code, Section 7201.

UNITED STATES OF AMERICA

JAMES A. LEWIS
UNITED STATES ATTORNEY

s/Darilynn J. Knauss
Darilynn J. Knauss
Supervisory Assistant United States Attorney
One Technology Plaza
211 Fulton Street, Suite 400
Peoria, Illinois 61602
Telephone: 309/671-7050