AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 11-10033 |
| James Boyd | ) |
| _____ | ) |
| Defendant | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 06/07/2011

X s/James Boyd
_____
*Defendant's signature*

s/Thomas J. Penn Jr.
_____
*Signature of defendant's attorney*

Thomas J. Penn, Jr.
_____
*Printed name of defendant's attorney*

s/Michael M. Mihm
_____
*Judge's signature*

Michael M. Mihm, U.S. District Judge
_____
*Judge's printed name and title*